1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   PINTEREST INC,                                    No.  CV 12-04586 MEJ

9              Plaintiff,                             **ORDER**

10     v.

11  QIAN JIN,

12             Defendant.

                                          /

13

14  GOOD CAUSE APPEARING THEREFOR,

15      IT IS ORDERED that this case is reassigned to the **Honorable RICHARD SEEBORG** in

16  the **SAN FRANCISCO division** for all further proceedings. Counsel are instructed that all future

17  filings shall bear the **initials RS** immediately after the case number. All hearing dates presently

18  scheduled are vacated and motions should be renoticed for hearing before the judge to whom the

19  case has been reassigned. Briefing schedules remain unchanged. *See* Civil L.R. 7-7(d). Matters for

20  which a magistrate judge has already issued a report and recommendation shall not be rebriefed or

21  noticed for hearing before the newly assigned judge; such matters shall proceed in accordance with

22  Fed. R. Civ. P. 72(b).

23

24                                          FOR THE EXECUTIVE COMMITTEE:

25

26  Dated:  September 10, 2012

                                            Richard W. Wieking

27  rev 4-12                                Clerk of Court

28

**United States District Court**
For the Northern District of California