ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
SEBASTIAN E. KAPLAN (CSB No. 248206)
skaplan@fenwickcom
ERIN SIMON (CSB No. 268929)
esimon@fenwick.com
KATHLEEN LU (CSB No. 267032)
klu@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:   415.875.2300
Facsimile:    415.281.1350

Attorneys for PLAINTIFF
PINTEREST, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Pinterest, Inc., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Qian Jin,<br><br>　　　　　Defendant. | Case No.: 12-CV-04586-RS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF PINTEREST, INC.'S MOTION TO POSTPONE CASE MANAGEMENT CONFERENCE AND SUSPEND ASSOCIATED DEADLINES PENDING SERVICE ON FOREIGN DEFENDANT**<br><br>Judge: The Hon. Richard Seeborg |

　　　　On November 14, 2012, Plaintiff Pinterest, Inc. filed a motion to postpone the Case Management Conference and to suspend all associated deadlines.  The Court has reviewed the papers and finds good cause for the Plaintiff's request.

　　　　The Court HEREBY GRANTS the motion and ORDERS as follows:

　　　　1.　　The Court DIRECTS the Clerk to take the Case Management Conference off the calendar for November 29, 2012.

　　　　2.　　The Court SUSPENDS all deadlines that flowed from the Court's initial case

management order.

3. The Court DIRECTS Plaintiff to file a status report within 90 days of this Order or within 15 days of learning that service of process on Defendant has occurred, whichever occurs first, to enable the Court to issue a new scheduling order if appropriate.

IT IS SO ORDERED this __15th__ day of November, 2012.

_____
Hon. Richard Seeborg
United States District Judge

[PROPOSED] ORDER GRANTING PL.'S
MOTION TO POSTPONE CMC AND
SUSPEND ASSOCIATED DEADLINES

2

Case No. 12-CV-04586-RS