ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
SEBASTIAN E. KAPLAN (CSB No. 248206)
skaplan@fenwick.com
ERIN SIMON (CSB No. 268929)
esimon@fenwick.com
KATHLEEN LU (CSB No. 267032)
klu@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:   415.875.2300
Facsimile:    415.281.1350

Attorneys for PLAINTIFF
PINTEREST, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Pinterest, Inc., a Delaware corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>Qian Jin,<br><br>   Defendant. | Case No.: 12-CV-04586-RS<br><br>[PROPOSED] ORDER FURTHER CONTINUING POSTPONEMENT OF CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES PENDING SERVICE ON FOREIGN DEFENDANT<br><br>Judge: The Hon. Richard Seeborg |

For the reasons stated in the Court's November 15, 2012 Order, the Court FURTHER POSTPONES the Case Management Conference and associated deadlines.

The Court DIRECTS Plaintiff to file a status report within 90 days of this Order or within 15 days of learning that service of process on Defendant has occurred, whichever occurs first, to enable the Court to issue a new scheduling order if appropriate.

1     IT IS SO ORDERED this <u>14</u> day of February, 2013.

_____
Hon. Richard Seeborg
United States District Judge