**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking									General Court Number
Clerk												415.522.2000

April 16, 2013

RE: CV 12-04586 RS        PINTEREST INC-v- QIAN JIN

Default is entered as to **defendant Qian Jin** on **April 16, 2013**.

RICHARD W. WIEKING, Clerk

*Gina Agustine*
by Gina Agustine
Case Systems Administrator

NDC TR-4  Rev. 3/89