IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

PINTEREST, INC., a Delaware corporation,

    Plaintiff,

  v.

QIAN JIN,

    Defendant.

No. C 12-04586 RS

**JUDGMENT**

Pursuant to the order granting plaintiff's motion for default judgment, judgment is hereby entered in plaintiff's favor in the amount of $7,202,821.50, representing $6,000,000 in damages under 15 U.S.C. § 1117(d), $1,200,000 under 15 U.S.C. § 1117(c), and $2,821.50 in costs.

IT IS SO ORDERED.

Dated: 9/30/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE